■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BROWN, Appellant. [737 NYS2d 299] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 7, 2001 (*People v Brown,* 283 AD2d 437), affirming a judgment of the Supreme Court, Kings County, rendered March 13, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, Acting P.J., McGinity, H. Miller and Townes, JJ., concur.